|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 9 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LOUISA GUTIERREZ, an individual; DEBBIE LUNA, an individual, on behalf of themselves and all persons similarly situated,

    Plaintiffs-Appellants,

  v.

JOHNSON & JOHNSON CONSUMER INC., a New Jersey Corporation; BAUSCH HEALTH US, LLC, FKA Valeant Pharmaceuticals North America LLC, a New Jersey Limited Liability Company, a New Jersey Limited Liability Company,

    Defendants-Appellees.

No.   21-55141

D.C. No. 3:19-cv-01345-TWR-AGS
Southern District of California,
San Diego

ORDER

The court has received appellee Johnson & Johnson Consumer Inc.'s status report. Appellate proceedings remain stayed as to all parties until July 29, 2022. No later than July 29, 2022, Johnson & Johnson Consumer Inc. must file a status report regarding the bankruptcy proceeding.

                        FOR THE COURT:

                        MOLLY C. DWYER
                        CLERK OF COURT


                        By: Michelle Kim-Szrom
                        Deputy Clerk
                        Ninth Circuit Rule 27-7

MKS/MOATT